**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MASADA WILLIAMS                                                                                     PLAINTIFF
ADC #650839

V.                                          NO: 5:12CV00242 BSM/HDY

RAY HOBBS *et al.*                                                                                  DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Carolyn Day and William Straughn, as set forth in their answer (docket entry #12).

IT IS SO ORDERED this __7__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE