**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MASADA WILLIAMS
ADC #650839**                                                                                               **PLAINTIFF**

**V.**                          **CASE NO**. **5:12CV00242 BSM**

**RAY HOBBS et al**                                                                                    **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After carefully considering these documents and making *a de novo* of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Mr. Williams's motion to voluntarily dismiss his complaint [Doc. No.19] is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE.

2. All other pending motions are DENIED AS MOOT.

3. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

An appropriate judgment shall accompany this order.

DATED this 15th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE